R. ISAAK HURST, ESQ.
INTERNATIONAL MARITIME GROUP, PLLC
601 UNION STREET; SUITE 4200 | SEATTLE, WA 98101
(OFFICE) 206.992.0710 | (FAX) 206.707.8338
ISAAK.HURST@INTERNATIONALMARITIME.NET

*ATTORNEY FOR PLAINTIFF – SEWARD PROPERTY, LLC*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA AT ANCHORAGE**

| | |
|---|---|
| SEWARD PROPERTY, LLC, an Alaska Limited Liability Company. <br><br> Plaintiff, <br><br> v. <br><br> ARCTIC WOLF MARINE, INC., an Alaska Corporation along with its officers, shareholders, executives and directors, and Del Schultz, Henry Tomingas, and Sharon Davenport, individually. <br><br> Defendants. | IN ADMIRALTY <br><br> Case No.: 3:18-cv-00078-HRH <br><br> VERIFIED COMPLAINT FOR: <br><br> 1. BREACH OF CONTRACT; <br> 2. BREACH OF THE IMPLIED DUTY OF GOOD FAITH AND FAIR DEALING; <br> 3. UNJUST ENRICHMENT; <br> 4. MISREPRESENTATION AND FRAUD; <br> 5. NEGLIGENT MISREPRESENTATION; <br> 6. PIERCING THE CORPORATE VEIL; <br> 7. INDEMNIFICATION. |

## **INTRODUCTION**

1. This is a shipyard storage/environmental dispute between an Alaska shipyard (Seward Property, LLC) and an Alaska corporation/vessel owner, Arctic Wolf Marine, Inc. ("Arctic Wolf"). In 2015, Seward Property entered into a storage agreement with Arctic Wolf. The terms of the agreement were simple: for a small monthly fee, Seward Property would store one of Arctic Wolf's vessels on its shoreline property in Seward, Alaska. Shortly thereafter, however, Arctic Wolf (and its officers and directors) stopped paying for storage and abandoned the vessel. Now the vessel is deteriorating and poses a significant environmental risk. With that, Seward Property demands Arctic Wolf immediately remove its derelict vessel from Seward Property's land.

COMPLAINT FOR DAMAGES
*Seward Property LLC, V. Arctic Wolf Marine Inc.*
Case No: 3:18-cv-00078-HRH           Page **1** of **11**

INTERNATIONAL MARITIME GROUP | PLLC
601 Union Street, Suite 4200 | Seattle, WA 98101
(Office) 206.992.0710 | (Fax) 206.707.8338

Case 3:18-cv-00078-HRH   Document 1   Filed 03/19/18   Page 1 of 11

## PARTIES

2. The Plaintiff, Seward Property, LLC ("Seward Property") is an Alaska State Limited Liability Company with its principal place of business in Anchorage, AK. Seward Property owns shoreside land in Seward, Alaska and provides vessel owners with a place to drydock their vessels.

3. Defendant, Arctic Wolf Marine Inc., ("Arctic Wolf") is an Alaska State Corporation with its principal place of business at 158 Northland Rd., Girdwood, AK 99587. At all relevant times, Arctic Wolf and its Shareholders owned the R/V BERING EXPLORER (Official #: 272796) (herein the "Vessel").

4. Defendant, Henry Tomingas is the President, Treasurer, and Registered Agent of Arctic Wolf Marine, Inc. Upon information and belief, Mr. Tomingas is a resident of Alaska with a physical address at 158 Northland Rd., Girdwood, AK 99587.

5. Defendant, Del Schultz is the Director, Shareholder and Vice President of Arctic Wolf Marine, Inc. Upon information and belief, Mr. Schultz is a resident of Arizona with a physical address at 16845 N. 29th Ave; Ste 436, Phoenix, Arizona 85053.

6. Defendant, Sharon Davenport is the Secretary of Arctic Wolf Marine, Inc. Upon information and belief, Mrs. Davenport is a resident of Alaska.

7. Defendants' Henry Tomingas, Del Schultz, and Sharon Davenport shall be referenced individually or as the Arctic Wolf "Shareholders."

## JURISDICTION, AND VENUE

8. This Court has subject matter jurisdiction over this admiralty action for breach of a shipyard storage agreement and tort under 28 U.S.C. §1333(1). The claims presented against Arctic Wolf and its Shareholders are admiralty or maritime claims within the meaning of Fed. R. Civ. P. 9(h). Venue is proper pursuant to 28 U.S.C. §1391(b)(1) and (2) because the claims asserted occurred within this District, and Arctic Wolf is headquartered within this District.

COMPLAINT FOR DAMAGES
*Seward Property LLC, V. Arctic Wolf Marine Inc.*
Case No: 3:18-cv-00078-HRH
Page **2** of **11**

INTERNATIONAL MARITIME GROUP | PLLC
601 Union Street, Suite 4200 | Seattle, WA 98101
(Office) 206.992.0710 | (Fax) 206.707.8338

Case 3:18-cv-00078-HRH   Document 1   Filed 03/19/18   Page 2 of 11

# FACTS

9. On or about March 10, 2016, Seward Property and Arctic Wolf entered into a written marine storage and services agreement (the "Storage Agreement") for the Vessel. *See* Exhibit 1 – Storage Agreement. Shortly thereafter, Arctic Wolf delivered the Vessel to Seward Property and had it hauled out of the water for storage and minor repairs. From there, Arctic Wolf paid Seward Property for storage of the Vessel for ten months without incident.

10. However, on or about December 1, 2017, Arctic Wolf stopped paying storage fees. From there, Arctic Wolf and its Shareholders made numerous assurances to Seward property of its intent to pay Seward Property amounts owed and, most importantly, for restoration and eventual removal of the Vessel.



*Figure 1: R/V Bering Explorer on January 17, 2018*.

11. Alas, the Vessel has never left Seward Property's land and continues to deteriorate in condition and leak fluids out of its hull..

COMPLAINT FOR DAMAGES  
*Seward Property LLC, V. Arctic Wolf Marine Inc.*  
Case No: 3:18-cv-00078-HRH  Page **3** of **11**

INTERNATIONAL MARITIME GROUP | PLLC  
601 Union Street, Suite 4200 | Seattle, WA 98101  
(Office) 206.992.0710 | (Fax) 206.707.8338

Case 3:18-cv-00078-HRH   Document 1   Filed 03/19/18   Page 3 of 11

12. Upon information and belief, Arctic Wolf and its Shareholders knew the Vessel poses significant environmental, property, liability, and public relations risks, which is the reason they abandoned the Vessel. Indeed, Arctic Wolf and its Shareholders never had any intention to continue paying Seward Property for storage of the Vessel. Instead, Arctic Wolf and its Shareholders devised a scheme to pay Seward Property a nominal amount of storage, transfer ownership and title of the Vessel to another Shareholder, dissolve the legal entity that originally had title to the Vessel, and abandon the Vessel for Seward Property to deal with at its own expense.

13. For example, when the Storage Agreement was executed, Defendant Tomingas was sole owner of Arctic Wolf and the Vessel. *See* Exhibit 2 – Arctic Wolf Marine, Inc.'s 2013 Biennial Report. However, approximately 20 days after the Storage Agreement was executed, Arctic Wolf was involuntarily dissolved by the State of Alaska. *See* Exhibit 3 – 2016 Certificate of Involuntary Dissolution/Revocation. Six months later, Defendant Tomingas managed to get Arctic Wolf legally reinstated. *See* Exhibit 4 – 2016 Certificate of Reinstatement. However, on August 19, 2017, Arctic Wolf was again involuntarily dissolved by the State of Alaska. *See* Exhibit 5 – 2017 Certificate of Involuntary Dissolution/Revocation.

14. On or about September 12, 2017, Arctic Wolf was again reinstated, but this time with Defendant Del Schultz owning 100% of Arctic Wolf with Defendant Tomingas retaining the titles of President and Treasurer. *See* Exhibit 6 - Certificate of Involuntary Dissolution/Revocation, and Exhibit 7 – 2017 Biennial Report.

15. Indeed, before, during and after execution of the Storage Agreement, and unbeknownst to Seward Property, Arctic Wolf functioned as an inadequately capitalized shell company designed to shield the assets (and therefore the liability) of Arctic Wolf and its Shareholders.

16. Given its inadequate capitalization, ongoing insolvency, involuntary dissolutions, reinstatements, and apparent transfer of ownership while the original owner maintains control,

COMPLAINT FOR DAMAGES
*Seward Property LLC, V. Arctic Wolf Marine Inc.*
Case No: 3:18-cv-00078-HRH  Page **4** of **11**

INTERNATIONAL MARITIME GROUP | PLLC
601 Union Street, Suite 4200 | Seattle, WA 98101
(Office) 206.992.0710 | (Fax) 206.707.8338

Case 3:18-cv-00078-HRH   Document 1   Filed 03/19/18   Page 4 of 11

Arctic Wolf does not operate independently of its Shareholders, managers, and persons of authority from their own persons.

17. In addition to the above, Arctic Wolf and its Shareholders have violated several provisions of Alaska Statute 30.30.010 (Abandonment of Vessel Unlawful).

18. Moreover, Arctic Wolf and its Shareholders have also unequivocally failed and refused to make payments to Seward Property in accordance with the terms of the Storage Agreement, causing direct damages to Seward Property.

19. Seward Property has also incurred (and will continue to incur) costs and expenses to limit the ongoing environmental contamination, and for the removal, transportation, and scrapping of the Vessel. These removal expenses include (but are not limited to) the materials, supplies, equipment, fuel, paint, hazardous waste, potential asbestos, and other items abandoned during the course of the Vessel's storage and its scheduled removal. Lastly, Seward Property has incurred and will incur costs, attorneys' fees, and expert witness fees in pursuing this matter.

20. In contrast, Seward Property has fully performed all its duties and obligations imposed by the Storage Agreement and is entirely without fault with respect to the damages alleges.

## FIRST CAUSE OF ACTION: BREACH OF CONTRACT

21. Plaintiff Seward Property incorporates by reference the allegations set forth above as if they were fully set forth herein.

22. Defendant Arctic Wolf entered into a valid and enforceable contract with Seward Property.

23. Arctic Wolf and its Shareholders failed to pay for storage of the Vessel and otherwise abide by the terms and conditions of the Storage Agreement.

24. As the proximate and legal result of Arctic Wolf and its Shareholders' contractual breaches and subsequent abandonment of the Vessel, Seward Property is entitled to recover money damages

COMPLAINT FOR DAMAGES
*Seward Property LLC, V. Arctic Wolf Marine Inc.*
Case No: 3:18-cv-00078-HRH  Page **5** of **11**

INTERNATIONAL MARITIME GROUP | PLLC
601 Union Street, Suite 4200 | Seattle, WA 98101
(Office) 206.992.0710 | (Fax) 206.707.8338

Case 3:18-cv-00078-HRH   Document 1   Filed 03/19/18   Page 5 of 11

from Defendant(s) in order to fully compensate Seward Property for all losses sustained as the result of such a breach of contract, including but not limited to, the costs associated with removing and scrapping the R/V BERING EXPLORER.

## SECOND CAUSE OF ACTION: BREACH OF THE COVENANT OF GOOD FAITH AND FAIR DEALING

25. Seward Property incorporates by reference the allegations set forth above as if they were fully set forth herein.

26. Alaska law implies a covenant of good faith and fair dealing in contracts governed by Alaska law, and the Storage Agreement is governed by Alaska law.

27. In order to satisfy the covenant of good faith and fair dealing in contracts, a party must cooperate with the other party so the other party may obtain the full benefit of its performance.

28. Arctic Wolf and its Shareholders did not provide such cooperation and therefore breached the implied covenant of good faith and fair dealing when it:

    a. Failed to pay Seward Property the monies owned pursuant to the terms of the Storage Agreement;

    b. Failed to provide notice to Seward Property regarding the change in corporate ownership of the Vessel.

    c. Failed to make repairs and correct defects to the Vessel in accordance with the terms of the Storage Agreement;

    d. Failed to remove the Vessel from Seward Property's land.

29. As a result of the foregoing breaches by Arctic Wolf and its Shareholders, Seward Property has incurred damages, and entitled to relief and recovery as prayed for below.

## THIRD CAUSE OF ACTION: UNJUST ENRICHMENT

30. Seward Property incorporates by reference the allegations set forth above as if they were

COMPLAINT FOR DAMAGES
*Seward Property LLC, V. Arctic Wolf Marine Inc.*
Case No: 3:18-cv-00078-HRH      Page **6** of **11**

INTERNATIONAL MARITIME GROUP | PLLC
601 Union Street, Suite 4200 | Seattle, WA 98101
(Office) 206.992.0710 | (Fax) 206.707.8338

Case 3:18-cv-00078-HRH   Document 1   Filed 03/19/18   Page 6 of 11

fully set forth herein.

31. Arctic Wolf and its Shareholders have received the benefit of not paying for the storage of the vessel, and the scrapping of the Vessel.

32. This benefit was conferred upon Arctic Wolf and its Shareholders at the expense of Seward Property.

33. Arctic Wolf and its Shareholders understood or had knowledge of this benefit.

34. Given Arctic Wolf and its Shareholders has unjustly refused to remove the Vessel, it would be unjust for Arctic Wolf and its Shareholders to retain the costs associated with removing the Vessel, which are now Seward Property's burden.

35. Therefore, Seward Property is entitled to relief and seeks judgment as prayed for below.

### FOURTH CAUSE OF ACTION: INTENTIONAL MISREPRESENTATION / FRAUD

36. Seward Property incorporates by reference the allegations set forth above as if they were fully set forth herein.

37. Arctic Wolf and its Shareholders made numerous representations to Seward Property about the storage, repair, and eventual removal of the Vessel.

38. These representations were material to Seward Property's decision to enter into Storage Agreement, and these representations were false.

39. Arctic Wolf and its Shareholders knew these representations were false. At the time that Arctic Wolf entered into the Storage Agreement, each of its Shareholders had no intention of repairing or removing the Vessel from Seward Property's land. Indeed, Arctic Wolf's Shareholders knew that it would breach the Storage Agreement because it knew that the entity was grossly under-capitalized, and that no individual or corporation would ever purchase the Vessel.

40. Arctic Wolf and its Shareholders intended their false representations would induce Seward

COMPLAINT FOR DAMAGES
*Seward Property LLC, V. Arctic Wolf Marine Inc.*
Case No: 3:18-cv-00078-HRH   Page **7** of **11**

INTERNATIONAL MARITIME GROUP | PLLC
601 Union Street, Suite 4200 | Seattle, WA 98101
(Office) 206.992.0710 | (Fax) 206.707.8338

Case 3:18-cv-00078-HRH   Document 1   Filed 03/19/18   Page 7 of 11

Property to enter into the Shipyard Agreement.

41. Seward Property was ignorant of the falsity of theses representations and relied on the representations as being true. Indeed, Seward Property had a right to rely upon these representations.

42. Seward Property suffered damages as a result of these false representations and Seward Property's good faith and justifiable reliance thereon.

43. Therefore, Seward Property is entitled to relief and seeks judgment as prayed for below.

## FIFTH CAUSE OF ACTION: <u>NEGLIGENT MISREPRESENTATION</u>

44. Seward Property incorporates by reference the allegations set forth above as if they were fully set forth herein.

45. Arctic Wolf and its Shareholders made numerous representations to Seward Property about the storage, repair, and eventual removal of the Vessel.

46. In doing so, Arctic Wolf and its Shareholders supplied information to guide Seward Property's business transaction, and such information was false.

47. Arctic Wolf and its Shareholders knew or should have known that this information was supplied to guide Seward Property in this business transaction.

48. Arctic Wolf and its Shareholders were negligent in obtaining or communicating this false information.

49. Seward Property relied on this false information; and its reliance was reasonable.

50. The false information supplied by Arctic Wolf and its Shareholders proximately caused Seward Property's damages.

51. Therefore, Seward Property is entitled to relief and seeks judgment as prayed for below.

//

COMPLAINT FOR DAMAGES
*Seward Property LLC, V. Arctic Wolf Marine Inc.*
Case No: 3:18-cv-00078-HRH    Page **8** of **11**

INTERNATIONAL MARITIME GROUP | PLLC
601 Union Street, Suite 4200 | Seattle, WA 98101
(Office) 206.992.0710 | (Fax) 206.707.8338

Case 3:18-cv-00078-HRH   Document 1   Filed 03/19/18   Page 8 of 11

## SIXTH CAUSE OF ACTION:
## PIERCING THE CORPORATE VEIL

52. Seward Property incorporates by reference the allegations set forth above as if they were fully set forth herein.

53. On multiple occasions, Arctic Wolf and its Shareholders failed to follow the necessary corporate formalities associated with managing an Alaska corporation.

54. Arctic Wolf and its Shareholders knew the entity was inadequately capitalized when it entered into the Storage Agreement.

55. Arctic Wolf and its Shareholders formed a web of entity changes and operated the entity as if it was indistinguishable from themselves by, for example, violating corporate separateness, ignoring corporate formalities, comingling money and other critical assets, and inadequately capitalizing the entity that incurred the most liabilities with while protecting personal assets that did not incur significant liabilities.

56. Arctic Wolf and its Shareholders use the corporation to defeat public convenience, justify wrongdoing, commit fraud, and perpetrate a crime.

57. Therefore, Seward Property is entitled to relief individually from each of Arctic Wolf's Shareholders, and seeks judgment as prayed for below.

## SEVENTH CAUSE OF ACTION:
## INDEMNIFICATION

58. Seward Property incorporates by reference the allegations set forth above as if they were fully set forth herein.

59. Pursuant to Article 7 of the Vessel Storage Agreement, Arctic Wolf and its Shareholders agreed to "indemnify and hold harmless Seward Property from and against all losses resulting from Arctic Wolf and its Shareholders' breach …." *See* Exhibit 1 – Storage Agreement; Article 7.

60. To date, the Vessel has and will continue to cause damages to the Seward Property's

COMPLAINT FOR DAMAGES
*Seward Property LLC, V. Arctic Wolf Marine Inc.*
Case No: 3:18-cv-00078-HRH     Page **9** of **11**

INTERNATIONAL MARITIME GROUP | PLLC
601 Union Street, Suite 4200 | Seattle, WA 98101
(Office) 206.992.0710 | (Fax) 206.707.8338

Case 3:18-cv-00078-HRH   Document 1   Filed 03/19/18   Page 9 of 11

premise, needing an unknown amount toward cleanup and removal of hazardous substances.

61. Arctic Wolf and its Shareholders are liable to Seward Property for these liabilities.

62. Seward Property is entitled to relief and seeks judgment as prayed for below.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Seward Property respectfully request the following relief:

1. For specific performance.
2. For declaratory relief.
3. For economic loss damages, according to proof.
4. For direct and consequential damages, according to proof.
5. For liquidated damages, according to proof.
6. For delay damages, according to proof.
7. For attorneys' fees and costs, according to proof.
8. For pre-judgement and post-judgement interest on amounts awarded.
9. For such further relief as this Honorable Court may deem just and proper.

DATED this 19th day of March, 2018, at Seattle, WA

Respectfully submitted,

By: *R. Isaak Hurst*

R. ISAAK HURST, ESQ.
INTERNATIONAL MARITIME GROUP, PLLC
601 UNION STREET; SUITE 4200 | SEATTLE, WA 98101
(OFFICE) 206.992.0710 | (FAX) 206.707.8338
ISAAK.HURST@INTERNATIONALMARITIME.NET

*ATTORNEY FOR PLAINTIFF – SEWARD PROPERTY, LLC*

COMPLAINT FOR DAMAGES
*Seward Property LLC, V. Arctic Wolf Marine Inc.*
Case No: 3:18-cv-00078-HRH    Page **10** of **11**

INTERNATIONAL MARITIME GROUP | PLLC
601 Union Street, Suite 4200 | Seattle, WA 98101
(Office) 206.992.0710 | (Fax) 206.707.8338

Case 3:18-cv-00078-HRH   Document 1   Filed 03/19/18   Page 10 of 11

# CERTIFICATE OF SERVICE

I certify that on March 19, 2018, I electronically filed a copy of the foregoing Complaint for Damages with the Court's CM/ECF system.

Sincerely,

*R. Isaak Hurst*

R. ISAAK HURST, ESQ.
INTERNATIONAL MARITIME GROUP, PLLC
601 UNION STREET; SUITE 4200 | SEATTLE, WA 98101
(OFFICE) 206.992.0710 | (FAX) 206.707.8338
ISAAK.HURST@INTERNATIONALMARITIME.NET

*ATTORNEY FOR PLAINTIFF – SEWARD PROPERTY, LLC*

COMPLAINT FOR DAMAGES
*Seward Property LLC, V. Arctic Wolf Marine Inc.*
Case No: 3:18-cv-00078-HRH
Page **11** of **11**

INTERNATIONAL MARITIME GROUP | PLLC
601 Union Street, Suite 4200 | Seattle, WA 98101
(Office) 206.992.0710 | (Fax) 206.707.8338

Case 3:18-cv-00078-HRH   Document 1   Filed 03/19/18   Page 11 of 11